Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VIII

| | | |
|---|---|---|
| PR ASSET PORTFOLIO 2013-1 INTERNATIONAL, LLC<br><br>Apelada<br><br>V.<br><br>ONE ALLIANCE INSURANCE CORPORATION<br><br>Apelante | TA2026AP00035 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de Fajardo<br><br>Caso Núm.: SJ2019CV10753<br><br>Sobre: Seguros Incumplimiento Aseguradoras Huracanes Irma/María |

Panel integrado por su presidenta; la Juez Lebrón Nieves, el Juez Pagán Ocasio y la Jueza Álvarez Esnard

*Lebrón Nieves, Juez Ponente*

## SENTENCIA

En San Juan, Puerto Rico, a 27 de marzo de 2026.

Examinada la *Estipulación de Desistimiento Con Perjuicio al Amparo de la Regla 39.1(2) de Procedimiento Civil* presentada por las partes en conjunto, el 27 de marzo de 2026, este Tribunal acoge la solicitud de desistimiento con perjuicio a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, según enmendado, *In re Aprob. Enmdas. Reglamento TA,* 2025 TSPR 42, pág. ___, 215 DPR ___ (2025), por lo que se ordena el archivo con perjuicio del caso de epígrafe.

Notifíquese.

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones